FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 2 6 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| GARRETT SHADDON,<br><br>    Plaintiff,<br><br>v.<br><br>DARDANELLE & RUSSELLVILLE<br>RAILROAD COMPANY,<br><br>    Defendant.<br><br>Serve: Daniel B. Robbins<br>       4416 South Arkansas Avenue<br>       Russellville, AR 72801 | Case Number: 4:23cv-56-KGB<br>JURY TRIAL DEMANDED<br><br>This case assigned to District Judge Baker<br>and to Magistrate Judge Ervin |

## COMPLAINT

Plaintiff Garrett Shaddon, by and through his attorneys, Groves Powers, LLC, and for his Complaint against Defendant Dardanelle & Russellville Railroad Company, states:

1.  Plaintiff Garrett Shaddon ("Plaintiff") is an adult person who is a resident and citizen of the State of Arkansas.

2.  Defendant Dardanelle & Russellville Railroad Company ("Defendant") is a railroad corporation that operates a system of railways as a common public carrier of freight and engages in interstate commerce by railroad.

3.  At all times relevant herein, Plaintiff was employed by Defendant as a railroad worker, and his work substantially affected interstate commerce.

4.  At all times relevant herein, including the present, Defendant does business throughout the Eastern District of the United States District Court, State of Arkansas. Defendant also operates trains and owns tracks and other property in the Eastern District of the United States

District Court, State of Arkansas.

5. Defendant's Registered Agent is Daniel B. Robbins and can be served at 4416 South Arkansas Avenue, Russellville, AR 72801.

6. Defendant's principal place of business is in Russellville, Arkansas.

7. This cause of action arises under the Federal Employers' Liability Act, 45 U.S.C. § 51 *et seq*. Accordingly, this court has Federal Question Jurisdiction. 28 U.S.C. § 1331.

8. This Court has specific personal jurisdiction over both parties in this matter in that Plaintiff was injured in Pope County, Arkansas.

9. Venue of this civil action is proper in the Central Division of the Eastern District of Arkansas.

10. On or about August 27, 2020, Plaintiff was working as a railroad worker for Defendant loading a railroad hopper car. He was on top of the car and despite the height, he was unrestrained. The top of the car was wet and slippery which caused Plaintiff to slip and fall over ten feet to the ground resulting in serious injuries to his lower extremities.

### COUNT I – FEDERAL EMPLOYERS' LIABILITY ACT NEGLIGENCE

11. Plaintiff's injuries and damages resulted in whole or in part from the negligent acts or omissions of Defendant, its officers, employees, or agents in one or more of the following particulars:

   a. Defendant failed to provide Plaintiff with a reasonably safe place to work;

   b. Defendant failed to provide Plaintiff with reasonably safe conditions for work;

   c. Defendant failed to provide Plaintiff with reasonably safe methods of work;

   d. Defendant failed to provide Plaintiff with suitable and reasonably safe tools, machines, or equipment for work;

   e. Defendant failed to properly inspect, maintain, or repair its tools, machines, or

      equipment;

  f. Defendant failed to properly train Plaintiff;

  g. Defendant failed to provide Plaintiff with adequate safety or personal protective equipment;

  h. Defendant failed to provide Plaintiff with a reasonably safe footing;

  i. Defendant failed to provide Plaintiff with a fall harness;

  j. Defendant failed to warn Plaintiff of known or reasonably foreseeable dangers;

  k. Defendant failed to adequately protect Plaintiff from dangerous conditions and equipment;

  l. Defendant failed to develop and enforce proper and safe methods, policies, procedures, rules, regulations, and/or standards for performing assigned work tasks;

  m. Defendant required Plaintiff to operate equipment it knew, or in the exercise of reasonable care should have known, was unsafe and likely to cause injuries such as suffered by Plaintiff;

  n. Defendant was otherwise negligent through the negligent acts and/or omissions of its agents, officers, employees, managers, supervisory personnel and/or others, in ways that will be established through discovery; and/or

  o. Such other acts of negligence which will be shown by the evidence in this case.

12. As a result of Defendant's negligence as set forth above, in whole or in part, Plaintiff has in the past and may in the future sustain the following damages:

  a. Pain and suffering in his lower extremities, surrounding soft tissue, and body, causing suffering and inconvenience;

  b. loss of bodily function

  c. loss of ability to enjoy the pleasures of life;

  d. limitations in his normal daily activities;

  e. impairment of his strength, welfare, and vitality;

  f. physical and mental anguish;

  g. medical treatment including surgery;

  h. disbursement of sums of money for medical examinations, therapies, and

    treatment, which will continue into the future; and

    i. lost wages and fringe benefits, past, present, and future.

13. To the extent that Plaintiff had any pre-existing condition(s) affecting his lower extremities, Plaintiff will show that such condition was aggravated by the conduct of Defendant as described above.

WHEREFORE, Plaintiff Garrett Shaddon demands trial by Jury and prays for Judgment against Defendant Dardanelle & Russellville Railroad Company, for a sum fair and reasonable under the circumstances in excess of Five Hundred Thousand Dollars ($500,000.00), together with his costs herein expended.

GROVES | POWERS, LLC

_____
Steven L. Groves, MO #40837
One U.S. Bank Plaza
505 North 7th Street, Suite 2010
St. Louis, Missouri 63101
T: 314.696.2300 | F: 314.696.2304
sgroves@grovespowers.com

*Attorneys for Plaintiff Garrett Shaddon*