IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARRETT SHADDON**                                                                                                          **PLAINTIFF**

v.                                          Case No. 4:23-cv-00056-KGB

**ARKANSAS SHORT LINE RAILROADS, INC.**
**d/b/a DARDANELLE & RUSSELLVILLE**
**RAILROAD COMPANY**                                                                                        **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to extend the expert disclosure and report deadlines (Dkt. No. 22). The parties state the current case-in-chief expert disclosure deadline is December 15, 2023, and the rebuttal expert disclosure deadline is January 15, 2024 (*Id*., ¶ 1). According to the parties, they have been amicably and diligently conducting discovery, but due to scheduling difficulties they have not completed all depositions necessary for expert reports to have been completed (*Id*., ¶¶ 2-3). The parties request to extend the deadline for case-in-chief expert disclosures to January 22, 2024, and the deadline for rebuttal expert disclosures to February 12, 2024 (*Id*., ¶ 5). For good cause shown, the Court grants the parties' joint motion to extend the expert disclosure and report deadlines (Dkt. No. 22). The deadline for case-in-chief expert disclosures, including reports, is extended to, and including, January 22, 2024. The deadline for rebuttal expert disclosures, including reports, is extended to, and including, February 12, 2024.

So ordered this 8th day of January, 2024.

Kristine G. Baker
Chief United States District Judge