IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARRETT SHADDON**                                                                                         **PLAINTIFF**

v.                                      Case No. 4:23-cv-00056-KGB

**ARKANSAS SHORT LINE RAILROADS, INC.**
**d/b/a DARDANELLE & RUSSELLVILLE**
**RAILROAD COMPANY**                                                                            **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 46). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear their or its own costs, attorneys' fees, and expenses.

So ordered this 3rd day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge